JEFIN OPALUK, Plaintiff, v. ANTHONY SMITH et al., Defendants.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of SAMUEL S. PIAZZA, Appellant, against CHAUTAUQUA HARDWARE' CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by consent, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of LOUIS A. FERRARA et al., Appellants. ISADOR LUBIN, as Industrial Commissioner, Respondent-Appellant; MICHAEL A. CASTELLANO et al., Appellants-Respondents; NATIONAL AIRLINES, INC., et al., Respondents-Appellants.— Application by Commerce and Industry Association of New York, Inc., to file a brief amicus curiæ. Application granted. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

HORSEHEADS LIVESTOCK MARKET, INC., Plaintiff, v. HANS H. DAUBE et al., Defendants. HANS H. DAUBE, Plaintiff, v. HORSEHEADS LIVESTOCK MARKET, INC., et al., Defendants.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, file and serve record and brief on or before August 1, 1959 and are ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

MARGARET MALONE et al., Plaintiffs, v. AL'S TAXI, INC., et al., Defendants.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

E. V. BEALS, Appellant, v. FRED H. VOGHT et al., Individually and as Copartners Doing Business as VOGHT'S GARAGE, Respondents.— Motion to dismiss appeal withdrawn. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

JAMES H. PIGOTT, an Infant, by JAMES PIGOTT, His Guardian ad Litem, Appellant, v. LIVINGSTON VILLAGE, INC. et al., Respondents.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SALVADOR PASSANTE, Appellant, against DEPARTMENT OF CORRECTION et al., Respondents.— Application for permission to prosecute appeal as a poor person denied, without prejudice, on the ground that the moving papers do not disclose any meritorious grounds for appeal. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.